# United States Court of Appeals
## For The District Of Columbia Circuit

_____

**No. 24-7086**  **September Term, 2024**

**1:21-cv-02952-DLF**

**Filed On: September 17, 2024** [2075081]

Halston Gibson,

    Appellant

  v.

Gables Residential Services, Inc,

    Appellee

## M A N D A T E

In accordance with the order of September 17, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

    **FOR THE COURT:**
    Mark J. Langer, Clerk

    BY:  /s/
           Erica M. Thorner
           Deputy Clerk

Link to the order filed September 17, 2024